UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDY JURADO GARCIA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHP OFFICER B. BAILEY, ET AL.,**<br><br>　　　　　　　　　　Defendants. | Case No. EDCV11-00848 JHN(DTBx)<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL PEACE OFFICER PERSONNEL INFORMATION** |

Based upon the Stipulation of the parties filed herewith, **IT IS SO ORDERED**.

Dated: February 6, 2012

_____
The Honorable David T. Bristow,
Magistrate Judge

Presented by:
/s/
Terry Barak, D.A.G.
Attorney for Defendants
Commissioner J.A. Farrow,
Capt. Joe Flores and Officer Brandon Bailey