**Thomas E. Beck, Esq.** (SBN 81557)
THE BECK LAW FIRM
10377 Los Alamitos Boulevard
Los Angeles, California 90720
Telephone No. (562) 795-5835
Facsimile No. (562) 795-5821
Email: becklaw@earthlink.net

JS - 6

Attorneys for Plaintiff Rudy Jurado Garcia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JURADO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CHP OFFICER BRANDON BAILEY #18892, individually and as a peace officer, Captain JOE FLORES, individually and as a peace officer, J.A. FARROW, individually and as Commissioner, State of California, DOES 1-10, inclusive.<br><br>Defendants. | No. EDCV 11-00848 MFW (DTBx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the agreement of the parties to this action as evidenced by their Stipulated Dismissal filed concurrently herewith,

**IT IS HEREBY ORDERED** that the entire above-entitled action be dismissed with prejudice.

DATED: March 4, 2013

_____
The Honorable Michael W. Fitzgerald

1